**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Vargas v. City of Chicago et al        Case Number: 17 CV 180

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Jordan Vargas

Attorney name (type or print): Richard R. Mottweiler

Firm: Mottweiler and Smolens, LLP

Street address: 1627 Colonial Parkway

City/State/Zip: Inverness, IL 60067

Bar ID Number: 3123509        Telephone Number: 312-259-0234
(See item 3  in instructions)

Email Address: tcblaw@aol.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.        ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/10/2017

Attorney signature:        S/ Richard R. Mottweiler
                           (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015