# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JORDAN VARGAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 CV 180 |
| vs. | ) | |
| | ) | Judge Durkin |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, | ) | Magistrate Judge Cole |
| MIKE GREMO, STACEY COLLINS, | ) | |
| JUDE DIMALANTA, PAUL WHITE, | ) | **JURY DEMAND** |
| JOHN RODRIGUEZ, MELISSA LEHRMANN, | ) | |
| RONALD PELLONARI; ALFREDO SILVA, | ) | |
| and others not presently known to Plaintiff, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

On **25 April 2018**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Thomas Durkin,** or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1441** at the U.S.D.C. for the Northern District of Illinois, Eastern Division, Chicago, Illinois and shall then and there present *Defendants' Motion to Extend Fact Closure Date for the Limited Purpose of Completing one Deposition.*

      Respectfully submitted,

      **SANCHEZ DANIELS & HOFFMAN LLP**

      By: s/Elaine C. Davenport
      One of the Attorneys for Defendants

Elaine C. Davenport , #6272827
**SANCHEZ DANIELS & HOFFMAN, LLP**
**333 West Wacker Drive, Suite 500**
**Chicago, Illinois 60606**
**(312) 641-1555 - Telephone**
**(312) 641-3004 - Facsimile**

**CERTIFICATE OF SERVICE**

      I hereby certify that on 19 April 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Mark F. Smolens<br>
MOTTWEILER & SMOLENS, LLP<br>
1627 West Colonial Parkway, Suite 301<br>
Inverness, IL 60067

                                            /s/Elaine C. Davenport           .